**Dated: November 22, 2014**
**The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                              IT535
                  UNITED STATES BANKRUPTCY COURT
                   WESTERN DISTRICT OF TENNESSEE

In re:                                          Chapter 13
MARK A WILSON
Debtor(s)                                       Case No. 14-31853-D
SSN(1) XXX-XX-1708
```

ORDER DIRECTING EMPLOYER TO MAKE DEDUCTIONS FROM EMPLOYEE'S
WAGES AND SEND DEDUCTIONS TO CHAPTER 13 TRUSTEE

In this cause, a Chapter 13 plan having been filed by the above named debtor(s) as a result of which all future earnings of the debtor(s) are under the exclusive jurisdiction of this Court; and the debtor(s) petition having stated that the debtor(s)' employer is STERICYCLE.;

IT IS THEREFORE ORDERED, that the debtor(s)' employer deduct immediately from the debtor(s)' next paycheck the sum of $50.00 EVERY TWO WEEKS from the debtor(s)' salary and forward the amount deducted to the Office of George W. Stevenson, at 5350 Poplar Avenue, Suite 500, Memphis, Tennessee  38119-3699 - until further order of this Court.

IT IS FURTHER ORDERED, that the EMPLOYER SHALL CEASE ALL FUTURE DEDUCTIONS FOR GARNISHMENT, LOANS OR CREDIT UNIONS unless specifically authorized by this Court or until this order is withdrawn.  However, deductions for child support, mandatory pension, mandatory qualified retirement plans, mandatory thrift savings plans, or other mandatory retirement contributions, if any, and mandatory deductions for repayment of loans from such plans may continue.

IT IS FURTHER ORDERED, that if the debtor(s)' employment is terminated, the Trustee be so advised.

/s/ George W. Stevenson
Chapter 13 Trustee

```
CC:     George W. Stevenson
GWB
        STERICYCLE.
        28161 KEITH DR
        LAKE FOREST, IL  60045

        MARK A WILSON
        1674 S PARKWAY EAST
        MEMPHIS, TN  38106

        HAROLD D ARCHIBALD, ATTY
```